**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  02-cr-00218-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  KENNETH RICHARDSON,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that Thomas R. Ward, Attorney at Law, 955 Bannock Street, Suite 200, Denver, Colorado 80204, is appointed as CJA Counsel for Defendant Kenneth Richardson regarding the captioned matter.




Dated:   January 14, 2010
_____