IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen                Date:  January 15, 2010
Court Reporter:     Gwen Daniel

_____

Criminal Case No. 02-cr-00218-LTB               Counsel:

UNITED STATES OF AMERICA,                       James Hearty

    Plaintiff,
v.

2.  KENNETH RICHARDSON,                         Thomas Ward

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - Requests for Early Termination of Supervised Release

10:00 a.m.     Court in Session

Appearances

The defendant is present and on bond.

Court's comments

Mr. Ward's comments

Defendant's comments

Court's further comments

Mr. Hearty's comments

The Government does not object to early termination of supervised release.

02-cr-00218-LTB                                                              January 15, 2010

**ORDERED:**   **1) The Defendant's request for relief from probation, filed by Mr. Richardson, (Doc No. 43); and 2) the Memorandum in Support of Defendant's Request for Early Termination of Supervised Release, filed by Mr. Ward, (Doc No. 48) are GRANTED.**

**Supervised Release is terminated FORTHWITH.  As of today, Mr. Richardson is no longer under the supervision of this Court or this probation officer.**

10:22 a.m.   Court in Recess
             Hearing concluded
             Time: /22